**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

YVONNE DORMANY                                                            CASE NO. 8:08-bk-12948-CPM

    Debtor
_____/

**REPORT OF UNCLEARED FUNDS**

    **COMES NOW** the Trustee, Angela Stathopoulos, and she does respectfully show that, pursuant to the order of distribution, she has disbursed the entire amount in the Trustee's account, and that all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant / Address | Amount | Action Taken |
|---|---|---|---|---|
| Surplus | 104 | Yvonne Dormany<br>8505 Ola Ave.<br>Tampa, FL 33604 | $7,989.42 | Stop payment |

    The Trustee states that more than ninety (90) days have elapsed since the declaration and distribution of the final dividend. Since the date of the distribution, the Trustee has been advised that the Debtor, to whom the above referenced surplus Estate funds were paid, died on or about August 1, 2012 intestate. At this time, the Trustee is uncertain who is entitled to payment of these funds and believes that the best course of action is to remit the referenced funds to the Court to allow all beneficiaries the opportunity to assert their rights to the funds. Therefore, pursuant to the provisions of 11 USC § 347, the undersigned attaches hereto a check in the amount of $7,989.42 payable to the Clerk, U.S. Bankruptcy Court, and states that the claimants entitled thereto, are as listed above, and that their addresses, as far as known, are given above.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that a true and correct copy of the foregoing has been sent either electronically or by U.S. mail to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this August 14, 2013.

    ANGELA STATHOPOULOS, P.A.
    39040 U.S. Hwy. 19 N.
    Tarpon Springs, FL 34689
    Telephone: 727-938-8775
    Facsimile: 727-938-8776


    By:     /s/ Angela Stathopoulos
           Angela Stathopoulos, Esq.
           Florida Bar No. 136735