# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re: §
§
YVONNE DORMANY §    Case No. 8:08-12948-CPM
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Angela Stathopoulos, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Angela Stathopoulos _____

                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| YVONNE DORMANY | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Angela Stathopoulos | | | | | |
| Angela Stathopoulos | | | | | |
| Bank of America | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| The Bank of New York Mellon | | | | | |
| Angela Stathopoulos | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hillsborough County Tax Collector 601 E. Kennedy Blvd. 14th Floor Tampa, FL 33602 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA 1 P.O. Box 15026 Wilmington, DE 19850 | | | | | |
| | Bank of America P.O. Box 15713 Wilmington, DE 19850 | | | | | |
| | Capital One P.O. Box 650007 Dallas, TX 75265 | | | | | |
| | Chase Master Card P.O. Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Choice Visa<br>P.O. Box 6407<br>The Lakes, NV 88901 | | | | | |
| | Macy's<br>P.O. Box 6938<br>The Lakes, NV 88901 | | | | | |
| | Sears Card<br>P.O. Box 6937<br>The Lakes, NV 88901 | | | | | |
| | Shell Gas Card<br>P.O. Box 689151<br>Des Moines, IA 50368 | | | | | |
| | SunTrust Bank Fia Card Services<br>P.O. Box 15026<br>Wilmington, DE 19850 | | | | | |
| | Walmart<br>P.O. Box 981064<br>El Paso, TX 79998 | | | | | |
| | CARD SERVICES, NA FIA | | | | | |
| | CARD SERVICES, NA FIA | | | | | |
| | CHASE BANK USA, NA | | | | | |
| | CARD SERVICES, NA FIA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA CHASE BANK USA | | | | | |
| | NA FIA CARD SERVICES | | | | | |
| | NA FIA CARD SERVICES | | | | | |
| | NA FIA CARD SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-12948 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Angela Stathopoulos |
| Case Name: | YVONNE DORMANY | | | | Date Filed (f) or Converted (c): | 08/27/2008 (f) |
| | | | | | 341(a) Meeting Date: | 09/26/2008 |
| For Period Ending: | 02/25/2014 | | | | Claims Bar Date: | 01/26/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  RESIDENCE | 110,000.00 | 0.00 | | 0.00 | FA |
| 2.  CASH | 10.00 | 0.00 | | 0.00 | FA |
| 3.  CHECKING ACCT. | 110.00 | 0.00 | | 0.00 | FA |
| 4.  CHECKING ACCT. | 169.00 | 0.00 | | 0.00 | FA |
| 5.  HOUSEHOLD GOODS | 175.00 | 0.00 | | 0.00 | FA |
| 6.  WEARING APPAREL | 25.00 | 0.00 | | 0.00 | FA |
| 7.  VEHICLES | 500.00 | 0.00 | | 0.00 | FA |
| 8.  CONTINGENT CLAIMS-Beneficiary of Decedant      (u) | 0.00 | 50,000.00 | | 39,543.88 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 24.18 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $110,989.00        $50,000.00        $39,568.06        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

D inherited money from friend post-petition; likely 100% distribution; first check received & copy of executed docs--October 23, 2008, 11:59 am***D son called to get update and wanted to know why AS hadn't followed up  on inheritance money. Debtor gave AS contact info for executor of Will and they are currently holding almost $30K waiting for AS to contact them...June 23, 2009, 01:35 pm***D daughter called stating that she had rec'd the inheritance $ and deposited it into an account in her mother's name but for which she, the daughter, has signing rights. She stated that she would cut a check to the estate and send it out immediately...June 24, 2009, 02:17 pm***Spoke w/James @ D atty office - confirmed w/D's daughter that a cashier's check would be mailed to their office as soon as the funds are available from Debtor's account (bank is holding for 10 business days). D atty office will hold until 7/16 and then mail here for deposit into bankruptcy account...July 02, 2009, 01:47 pm***D's son called asking for proof of deposit of inheritance money, a copy of form 2 was sent by email...July 27, 2009, 02:57 pm ***LM w/D atty asking for copy of letter stating that money rec'd is all that will be paid to D as beneficiary of decedant estate...August 18, 2009, 02:24 pm***James from D atty office called to say he would contact D's family to request letter or something in writing from decedant estate stating that funds rec'd is total disbursement...August 19, 2009, 10:42 am***D's daughter called and asked for a letter to submit to medicaid stating that inheritance money was rec'd by estate, I told her I would send her a copy of forms 1 and 2...September 01, 2009, 02:31 pm***Surplus case - prepared POC solicit letter...April 21, 2010, 12:13 pm ***TC w/ Bank of America and Chase and other creditors directly in order to obtain POC--September 21, 2010, 05:20 pm***POC filed by Bank of America for $5200; still surplus but claims total $21,500 and awaiting addt'l claims to be filed by MBNA for $20K--October 13, 2010, 04:00 pm***Addtional email to creditor re SC adn filing of claims--January 14, 2011, 04:16 pm ****Email to MBNA re delay in filing POC- May 14, 2011, 12:57 pm***TFR expenses input and AS to consider callling D family to see if estate has claim-- September 11, 2011, 09:19 am***Review file for contact information for POC filing--January 03, 2012, 01:14 pm***Email to creditor re POC and distribtuion--May 30, 2012, 04:55 pm**TFR ready--07/27/12***Contact software provider re surplus case formatting issues--09/21/12***TFR complete and submitted for review...10/11/12

Initial Projected Date of Final Report (TFR): 04/01/2010          Current Projected Date of Final Report (TFR): 06/01/2012

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-12948

Case Name: YVONNE DORMANY

Taxpayer ID No: XX-XXX3480

For Period Ending: 02/25/2014

Trustee Name: Angela Stathopoulos

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7466

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $0.00

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | $39,164.07 | | $39,164.07 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $48.15 | $39,115.92 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $85.49 | $39,030.43 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $82.64 | $38,947.79 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $74.48 | $38,873.31 |
| 01/23/13 | | Transfer to Acct # xxxxxx4367 | Transfer of Funds | 9999-000 | | $38,873.31 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $39,164.07 | $39,164.07 |
| Less: Bank Transfers/CD's | $39,164.07 | $38,873.31 |
| Subtotal | $0.00 | $290.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $290.76 |

Page Subtotals:                    $39,164.07        $39,164.07

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-12948

Case Name: YVONNE DORMANY

Taxpayer ID No: XX-XXX3480

For Period Ending: 02/25/2014

Trustee Name: Angela Stathopoulos

Bank Name: Bank of America

Account Number/CD#: XXXXXX06

BofA MONEY MARKET ACCOUNT

Blanket Bond (per case limit):

Separate Bond (if applicable): $0.00

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/15/08 | 8 | DORMANY, YVONNE 8505 OLA AVE. Tampa, FL  33604 | BENEFICIARY OF DECEDENT | 1249-000 | $2,500.00 | | $2,500.00 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | $0.07 | | $2,500.07 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | $0.20 | | $2,500.27 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.13 | | $2,500.40 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,500.42 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,500.44 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,500.46 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.05 | | $2,500.51 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.06 | | $2,500.57 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.07 | | $2,500.64 |
| 07/17/09 | 8 | DORMANY, YVONNE 8505 OLA AVE. Tampa, FL  33604 | BENEFICIARY OF DECEDENT | 1249-000 | $37,043.88 | | $39,544.52 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.37 | | $39,544.89 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.01 | | $39,545.90 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.98 | | $39,546.88 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.01 | | $39,547.89 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.98 | | $39,548.87 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.01 | | $39,549.88 |

Page Subtotals:                    $39,549.88          $0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-12948
Case Name: YVONNE DORMANY

Trustee Name: Angela Stathopoulos
Bank Name: Bank of America
Account Number/CD#: XXXXXX06

Exhibit 9

BofA MONEY MARKET ACCOUNT

Taxpayer ID No: XX-XXX3480
For Period Ending: 02/25/2014

Blanket Bond (per case limit):
Separate Bond (if applicable): $0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.00 | | $39,550.88 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.91 | | $39,551.79 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.01 | | $39,552.80 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.98 | | $39,553.78 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.00 | | $39,554.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.98 | | $39,555.76 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $1.01 | | $39,556.77 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.01 | | $39,557.78 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.98 | | $39,558.76 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.00 | | $39,559.76 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.98 | | $39,560.74 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.01 | | $39,561.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $1.01 | | $39,562.76 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.30 | | $39,563.06 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.34 | | $39,563.40 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.32 | | $39,563.72 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.34 | | $39,564.06 |

Page Subtotals:                              $14.18              $0.00

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-12948
Case Name: YVONNE DORMANY

Trustee Name: Angela Stathopoulos
Bank Name: Bank of America
Account Number/CD#: XXXXXX06

BofA MONEY MARKET ACCOUNT

Exhibit 9

Taxpayer ID No: XX-XXX3480
For Period Ending: 02/25/2014

Blanket Bond (per case limit):
Separate Bond (if applicable): $0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.33 | | $39,564.39 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.33 | | $39,564.72 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.34 | | $39,565.06 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.33 | | $39,565.39 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.34 | | $39,565.73 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $50.41 | $39,515.32 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.32 | | $39,515.64 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $48.72 | $39,466.92 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.33 | | $39,467.25 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $48.66 | $39,418.59 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.33 | | $39,418.92 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $51.70 | $39,367.22 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.31 | | $39,367.53 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $46.79 | $39,320.74 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.33 | | $39,321.07 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $48.35 | $39,272.72 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.32 | | $39,273.04 |

Page Subtotals:     $3.61     $294.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-12948
Case Name: YVONNE DORMANY

Taxpayer ID No: XX-XXX3480
For Period Ending: 02/25/2014

Trustee Name: Angela Stathopoulos
Bank Name: Bank of America
Account Number/CD#: XXXXXX06
BofA MONEY MARKET ACCOUNT

Blanket Bond (per case limit):
Separate Bond (if applicable): $0.00

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $49.90 | $39,223.14 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.33 | | $39,223.47 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $49.83 | $39,173.64 |
| 06/07/12 | INT | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | $0.06 | | $39,173.70 |
| 06/07/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $9.63 | $39,164.07 |
| 06/07/12 | 60267 | Bank of America | Transfer to The Bank of New York Mellon | 9999-000 | | $39,164.07 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $39,568.06 | $39,568.06 |
| Less: Bank Transfers/CD's | $0.00 | $39,164.07 |
| Subtotal | $39,568.06 | $403.99 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $39,568.06 | $403.99 |

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Page Subtotals: $0.39 $39,273.43

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-12948

Case Name: YVONNE DORMANY

Trustee Name: Angela Stathopoulos

Bank Name: Bank of America

Account Number/CD#: XXXXXX36

BofA CHECKING ACCOUNT

Taxpayer ID No: XX-XXX3480

For Period Ending: 02/25/2014

Blanket Bond (per case limit):

Separate Bond (if applicable): $0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $0.00 | $0.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $0.00 |

Page Subtotals:                                                $0.00          $0.00

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-12948

Case Name: YVONNE DORMANY

Trustee Name: Angela Stathopoulos

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX4367

Checking

Exhibit 9

Taxpayer ID No: XX-XXX3480

For Period Ending: 02/25/2014

Blanket Bond (per case limit):

Separate Bond (if applicable): $0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/13 | | Transfer from Acct # xxxxxx7466 | Transfer of Funds | 9999-000 | $38,873.31 | | $38,873.31 |
| 03/11/13 | 101 | Angela Stathopoulos 39040 U.S. Hwy 19 North Tarpon Springs, FL  34689 | Distribution | | | $7,321.75 | $31,551.56 |
| | | Angela Stathopoulos | Final distribution representing a payment of 100.00 % per court order. | ($193.89) | 2200-000 | | |
| | | Angela Stathopoulos | Final distribution to claim 0 representing a payment of 100.00 % per court order. | ($3,220.00) | 3110-000 | | |
| | | Angela Stathopoulos | Final distribution to claim 0 representing a payment of 100.00 % per court order. | ($3,907.86) | 2100-000 | | |
| 03/11/13 | 102 | NA CHASE BANK USA PO BOX 15145 Wilmington, DE  19850-5145 | Distribution | | | $5,636.11 | $25,915.45 |
| | | NA CHASE BANK USA | Final distribution representing a payment of 100.00 % per court order. | ($5,151.67) | 7100-000 | | |
| | | NA CHASE BANK USA | Final distribution representing a payment of 100.00 % per court order. | ($484.44) | 7990-000 | | |
| 03/11/13 | 103 | NA FIA CARD SERVICES by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK  73124-8809 | Distribution | | | $17,926.03 | $7,989.42 |
| | | NA FIA CARD SERVICES | Final distribution representing a payment of 100.00 % per court order. | ($5,021.84) | 7100-000 | | |
| | | NA FIA CARD SERVICES | Final distribution representing a payment of 100.00 % per court order. | ($5,745.44) | 7100-000 | | |
| | | NA FIA CARD SERVICES | Final distribution representing a payment of 100.00 % per court order. | ($5,617.96) | 7200-000 | | |

Page Subtotals:                    $38,873.31          $30,883.89

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-12948

Case Name: YVONNE DORMANY

Taxpayer ID No: XX-XXX3480

For Period Ending: 02/25/2014

Trustee Name: Angela Stathopoulos

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX4367

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable): $0.00

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | NA FIA CARD SERVICES | Final distribution representing a payment of 100.00 % per court order. | ($472.23) | 7990-000 | | | |
| | | NA FIA CARD SERVICES | Final distribution representing a payment of 100.00 % per court order. | ($540.27) | 7990-000 | | | |
| | | NA FIA CARD SERVICES | Final distribution representing a payment of 100.00 % per court order. | ($528.29) | 7990-000 | | | |
| 03/11/13 | 104 | YVONNE DORMANY 8505 OLA AVE. TAMPA, FL 33604 | Final distribution representing a payment of 100.00 % per court order. | 8200-001 | | $7,989.42 | $0.00 |
| 08/14/13 | 104 | YVONNE DORMANY 8505 OLA AVE. TAMPA, FL 33604 | Final distribution representing a payment of 100.00 % per court order. Reversal | 8200-001 | | ($7,989.42) | $7,989.42 |
| 08/14/13 | 105 | Clerk, U.S. Bankruptcy Court | Remit To Court | 8200-001 | | $7,989.42 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $38,873.31 | $38,873.31 |
| Less: Bank Transfers/CD's | $38,873.31 | $0.00 |
| Subtotal | $0.00 | $38,873.31 |
| Less: Payments to Debtors | $0.00 | $7,989.42 |
| Net | $0.00 | $30,883.89 |

Page Subtotals:                    $0.00          $7,989.42

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX06 - BofA MONEY MARKET ACCOUNT | $39,568.06 | $403.99 | $0.00 |
| XXXXXX36 - BofA CHECKING ACCOUNT | $0.00 | $0.00 | $0.00 |
| XXXXXX4367 - Checking | $0.00 | $30,883.89 | $0.00 |
| XXXXXX7466 - Checking Account | $0.00 | $290.76 | $0.00 |
|  | $39,568.06 | $31,578.64 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $39,568.06 |
| Total Gross Receipts: | $39,568.06 |